**JESSE S. KAPLAN  CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**STACY SHAW**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| STACY SHAW, | No.   2:17-CV-01355-DMC |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY BERRYHILL, Deputy Commissioner, of SOCIAL SECURITY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 7, 2018.

This is a first extension, based on counsel's having several other briefs due, as well as other work.

[Pleading Title] - 1

Dated: November 30, 2018            /s/   *Jesse S. Kaplan*
                                    JESSE S. KAPLAN
                                    Attorney for Plaintiff


                                    McGREGOR SCOTT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Counsel, Region IX
                                    Social Security Administration

Dated: November 30, 2018             */s/ per e-mail authorization*

                                    ASIM MODI
                                    Special Assistant U.S. Attorney
                                    Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to December 7, 2018.

SO ORDERED.


Dated: December 6, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE