MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: asim.modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| STACY SHAW, | Case No.: 2:17-cv-01355-DMC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her response to Plaintiff's summary judgment motion with the Court by 30 days to **February 6, 2019**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's first request for an extension of time in this matter and she requests it in good faith and without any intent to prolong proceedings unduly.

    There is good cause for this extension request because counsel for Defendant has been out of the office for significant portions of the last two weeks due to scheduled leave. In addition, counsel for Defendant is currently responsible for performing a range of tasks that

-1-

preclude drafting the Commissioner's response to Plaintiff's summary judgment motion by January 7, 2019, such as: drafting a brief in a Social Security matter before the Ninth Circuit; negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Ninth Circuit; and assisting with implementing the terms of the class action settlement reached in *Hart v. Berryhill* (N.D.Cal. No. 3:15-cv-623-JST). This extension will enable counsel for Defendant to fully review the record and Plaintiff's summary judgment motion and evaluate the defensibility of the Commissioner's position.

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: *January 4, 2019*      JESSE S. KAPLAN

By: */s/ Asim H. Modi for Jesse S. Kaplan\**
JESSE S. KAPLAN
*\*Authorized by email on January 4, 2019*
Attorney for Plaintiff

Date: *January 4, 2019*      MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

Dated: January 7, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE