# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY SHAW, | No. 2:17-CV-1355-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). A review of the docket reflects plaintiff has informed the court regarding consent to Magistrate Judge jurisdiction. Good cause appearing therefor, the order to show cause issued on August 31, 2018, is hereby discharged.

IT IS SO ORDERED.

Dated: January 18, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1