**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**STACY SHAW**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **STACY SHAW,** | No.   2:17-CV-01355-DMC |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF/RESPONSE TO RENEWED MOTION TO DISMISS** |
| **v.** | |
| **NANCY BERRYHILL, Acting Commissioner of Social Security,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief/response to motion is extended to March 5, 2019.

This is a first extension, of three business days, based on counsel's other work, including briefing and hearings.

Dated:   February 27, 2019                    /s/   *Jesse S. Kaplan*
                                              JESSE S. KAPLAN
                                              Attorney for Plaintiff

[Pleading Title] - 1

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: February 27, 2019

   */s/ per e-mail authorization*
ASIM H. MODI
Special Assistant U.S. Attorney
Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to March 5, 2019.

SO ORDERED.

Dated: February 28, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE