IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY SHAW, | No.  2:17-CV-1355-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Final judgment was entered on June 6, 2019, and plaintiff appealed.  On May 15, 2020, the Ninth Circuit Court of Appeals granted the parties' joint motion to dismiss the appeal and remand the matter to the Commissioner of Social Security for further proceedings.  The parties agreed that, upon remand, the Appeals Council should vacate the unfavorable decision and remand to the Administrative Law Judge for further proceedings on plaintiff's November 2011 claims for childhood disability benefits.  The Ninth Circuit's order constituted the appellate court's mandate.

/ / /

/ / /

/ / /

1

1 | Consistent with the parties' stipulation and the Ninth Circuit's order, this matter is
2 | remanded to the agency for further proceedings as described by the appellate court in it's May 15,
3 | 2020, order.

        Accordingly, IT IS HEREBY ORDERED that this matter is remanded to the Commissioner of Social Security for further proceedings.

Dated: June 29, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE